| PROB 22-DC(Rev. 2/88) | | FILED | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | Dec 08 2022<br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND | 1:17CR00109-001 |
| | | | DOCKET NUMBER *(Rec. Court)*<br>4:22-cr-00466-JST |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Azam Doost<br>Union City, California | District of Columbia | U.S. Probation Office |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Amit P. Mehta |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>10/5/2022 | TO<br>10/4/2025 |
|---|---|---|

OFFENSE

Counts 1-3: Major Fraud Against the United States, 18 USC §§ 1031(a) and 2

Counts 4-11: Wire Fraud, 18 USC § 1343

Counts 12-13: False Statement of Loan Application or Extension, 22 USC § 2197(n) and 18 USC § 2

Counts 14-15: False Statement of Loan Application or Extension, 22 USC §§ 2197(n)

Counts 16-20: Money Laundering, 18 USC §§ 1955(a)(1)(B)(i) and 2

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

Date  12/6/22

Amit P. Mehta
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

December 7, 2022

*Effective Date*

United States District Judge