# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

---

### Report on Person Under Supervision

---

**Person Under Supervision**
Azam Doost

**Docket Number**
0971 4:22-CR-00466-001 JST

**Name of Sentencing Judge:**   The Honorable Amit P. Mehta
United States District Judge
District of Columbia

**Date of Original Sentence:**   September 19, 2019

**Original Offense:** Counts One through Three: Major Fraud Against the United States, 18 U.S.C. §§ 1031(a) and 2, Class C Felonies; Counts Four through Eleven: Wire Fraud, 18 U.S.C. § 1343, Class C Felonies; Counts Twelve and Thirteen: False Statement on Loan Application or Extension, 22 U.S.C. §§ 2197(n) and 18 U.S.C. § 2, Class B Felonies; Counts Fourteen and Fifteen: False Statement on Loan Application or Extension, 22 U.S.C. §§ 2197(n), Class B Felonies; and Counts Sixteen through Twenty: Money Laundering, 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2, Class C Felonies.

**Original Sentence:** 54 months of custody within the Bureau of Prisons. This term consists of 54 months on each of Counts One through Twenty to run concurrently. Followed by a 36-month term of supervised release. This term consists of 36 months on each of Counts One through Twenty, to run concurrently.

**Special Conditions:** $2,000 special assessment; $8940,742 restitution (to be paid in monthly installments of $100); provide access to any financial information; not incur new credit charges or open additional lines of credit without approval; complete 250 hours of community service; release the presentence investigation report to all appropriate agencies; and within 60 days of release from incarceration or placement of supervision, the defendant will appear before the Court for a re-entry progress hearing.

**RE:**    Doost, Azam                                                                          2
          0971 4:22-CR-00466-001 JST

**Prior Form(s) 12:** None.

On December 7, 2022, a Transfer of Jurisdiction was accepted and assigned to Your Honor with corresponding Docket No. 4:22-CR-00466-001 JST.

| | |
|---|---|
| **Type of Supervision** | **Date Supervision Commenced** |
| Supervised Release | October 5, 2022 |
| **Assistant U.S. Attorney** | **Date Supervision Expires** |
| Jeffrey Bornstein | October 4, 2025 |
| **Defense Counsel** | |
| Samantha B. Jaffe (AFPD) | |

### Petitioning the Court to Take Judicial Notice

#### Cause

According to the Offender Payment Enhanced Report Access (OPERA), the client's outstanding restitution balance as of September 3, 2025, is $8,932,789.79. To date, $7,952.21 has been collected.

#### Action Taken and Reason

Throughout the client's term of supervision, he has maintained a stable residence in Fremont, California within the Northern District of California. Mr. Doost has been gainfully employed full-time with Zaza Gems in Hayward, CA as a sales/show representative while earning approximately $2165/month. To Mr. Doost's credit, he has remained in compliance with the release conditions, apart from his outstanding restitution balance.

His economic circumstances have been monitored throughout the period of supervision for changes that might affect his ability to pay, and intermittent computer asset searches utilizing commercial databases have not revealed unreported assets. Mr. Doost's monthly restitution appears commensurate with his ability to pay.

The U.S. Probation Office recommends the client's supervision terminate on October 4, 2025, as scheduled. The client understands he must continue making payments through the U.S. Attorney's Office Financial Litigation Unit, after the expiration of his term of supervision.

Pursuant to 18 U.S.C. §§ 3613 (b) and (f), the liability to pay restitution shall terminate the later of 20 years from the entry of judgment or 20 years after the release from imprisonment. Therefore, the United States Attorney's Office has the authority to collect monies from the client. It is recommended the client be allowed to terminate from supervision with an outstanding restitution balance.

RE:    Doost, Azam                                                                          3
       0971 4:22-CR-00466-001 JST

Respectfully submitted,                          Reviewed by:

_____                  _____
Leon Dang                                        Jennifer R. Hutchings
U.S. Probation Officer Assistant                 Supervisory U.S. Probation Officer
Date Signed: September 3, 2025

---

THE COURT ORDERS:

[X]    The Court concurs and takes judicial notice

[ ]    Submit a request to modify supervision

[ ]    Submit a request for a warrant

[ ]    Submit a request for summons

[ ]    Other:

_____                  _____
       September 3, 2025                          Jon S. Tigar
Date                                              United States District Judge

NDC-SUPV-FORM 12A   4/6/2015